**2016–1767.   State ex rel. Rink v. Duhart.**
In Mandamus and Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'Connor, C.J., and O'Donnell, Kennedy, French, Fischer, and DeWine, JJ., concur.
O'Neill, J., dissents and would grant an alternative writ.

**2016–1849.   Jones v. State.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'Connor, C.J., and O'Donnell, Kennedy, French, O'Neill, Fischer, and DeWine, JJ., concur.

**1993–1667.   State v. Bidinost.**
Cuyahoga App. No. 62925. On appellee's motion to redact the full names of minor victims. Motion granted. The Reporter of Decisions shall replace the victims' full names with the victims' initials in the opinion for this case that is available on the court's website.

**1994–2622.   State v. Otte.**
Cuyahoga App. No. 64617. On motion to vacate Gary Otte's death sentences. Motion denied. On motion to stay execution date. Motion denied.
O'Neill, J., dissents and would grant both motions.

**2015–0192.   State v. D.B.**
Montgomery App. No. 25859, 2014-Ohio-4858. On appellant's motion for stay of execution of judgment. Motion granted.
O'Connor, C.J., and O'Neill, J., dissent.

**2015–0677.   State v. Aalim.**
Montgomery App. No. 26249, 2015-Ohio-892. On appellee's motion for stay of execution of judgment. Motion granted.
O'Connor, C.J., and O'Neill, J., dissent.

**2015–1517.   State ex rel. Singer v. Fairland Local School Dist. Bd. of Edn.**
In Mandamus. On request for oral argument. Motion granted.
O'Donnell, J., dissents and would deny the request for oral argument and grant a writ of mandamus.

**2016–1325.   In re Application of Ohio Edison Co.**
Public Utilities Commission, No. 14–1297–EL–SSO. On motion to dismiss of Public Utilities Commission of Ohio. Motion granted. On motion to dismiss of Ohio Edison Company, the Cleveland Electric Illuminating Company, and the Toledo Edison Company. Motion granted. Cause dismissed.

**2016–1798.   State v. Pulvino.**
Portage App. No. 2015–P–0056, 2016-Ohio-1589. On motion for leave to file delayed appeal. Motion denied.
O'Neill and Fischer, JJ., dissent.

**2016–1814.   State v. Dominguez.**
Cuyahoga App. No. 104796. On motion for leave to file delayed appeal. Motion denied.

**2016–1831.   State v. Smith.**
Summit App. No. 27832, 2016-Ohio-7084. On motion for leave to file delayed appeal. Motion denied.
O'Neill, J., dissents.

**2016–1835.   Perry v. Allstate Indemn. Co.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Eastern Division, No. 1:16–cv–1522. On review of preliminary memoranda pursuant to S.Ct.Prac.R. 9.05. The court determines that it will not answer the certified question. Cause dismissed. On request to consolidate 2016–1835 and 2016–1840. Request denied as moot.
French, Fischer, and DeWine, JJ., dissent.